UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL SIDELL CREW,<br><br>            Plaintiff,<br>    v.<br><br>JASON BENNETT,<br><br>            Defendant. | CASE NO. 2:24-cv-00984-DGE-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation (Dkt. No. 4) of Magistrate Judge Grady J. Leupold, and having reviewed de novo the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Petitioner's federal habeas Petition is DISMISSED without prejudice as it is duplicative of the matter filed in *Crew v. Bennett*, Case No. 2:24-cv-00709-JNW-DWC.

(3)   Petitioner's IFP Motion (Dkt. No. 1) and his other Proposed Motions and
      Requests (Dkt. Nos. 1-3 1-5, 1-6) are denied as MOOT.

1     (4)    A certificate of appealability is denied in this case.

2     Dated this 9th day of August, 2024.

*[signature]*

David G. Estudillo
United States District Judge