UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL SIDELL CREW,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JASON BENNETT,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-cv-00984-DGE-GJL<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT (DKT. NO. 11) |

On August 9, 2024, Petitioner's federal habeas petition was dismissed without prejudice as it was duplicative of the matter filed in *Crew v. Bennett*, Case No. 2:24-cv-00709-JNW-DWC. As a result, this file remains closed. To the extent Plaintiff seeks some form of relief related to his petition, any documents related to such claim should be filed in *Crew v. Bennett*, Case No. 2:24-cv-00709-JNW-DWC.

1  Petitioner's motion for relief from judgment (Dkt. No. 11) is stricken and the Clerk of the
2  Court is directed not to take any action on any motion filed in this case unless said motion is
3  related to an appeal.

4  Dated this 16th day of September, 2024.



David G. Estudillo
United States District Judge

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT (DKT. NO. 11) - 2